Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of Delaware
(State)

Case number (*if known*): _____   Chapter _____

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Pyrolyx USA, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | _____ <br> _____ <br> _____ <br> _____ |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 7 6 7 2 0 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4023 Kennett Pike, # 50036 <br> Number          Street | 4023 Kennett Pike, #50036 <br> Number          Street |
| _____ | _____ <br> P.O. Box |
| Wilmington, DE 19807 <br> City          State     ZIP Code | Wilmington, DE 19807 <br> City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| New Castle <br> County | _____ <br> Number          Street |
| | _____ |
| | _____ <br> City          State     ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.pyrolyxusa.com |

Debtor    Pyrolyx USA, Inc._____    Case number *(if known)*_____
_____Name

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____3___2___5___1__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Pyrolyx USA, Inc._____    Case number *(if known)*_____
_____Name

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When __MM / DD / YYYY__  Case number _____

District _____  When _____  Case number _____

MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor   Pyrolyx USA Indiana, LLC._____    Relationship   100% Subsidiary_____

District   Delaware_____    When   10/28/2020_____

Case number, if known   1:2020bk12711_____    MM / DD / YYYY

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                              Number        Street

_____

_____
City                                              State ZIP Code

**Is the property insured?**

☑ No    n/a

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

---

Debtor    Pyrolyx USA, Inc._____    Case number (if known)_____
Name

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/15/2020
                MM   / DD  / YYYY

✘ _____    Andy F. Stecher
  Signature of authorized representative of debtor    Printed name

Title  Chief Financial Officer_____

---

| Debtor | Pyrolyx USA, Inc. | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**18. Signature of attorney**

✗ /s/ Michael Busenkell

Signature of attorney for debtor

Date 12/15/2020

MM / DD / YYYY

Michael Busenkell

Printed name

Gellert Scali Busenkell & Brown, LLC

Firm name

1201 N. Orange Street, Suite 300

Number        Street

Wilmington

City

DE

State

19801

ZIP Code

302-425-5812

Contact phone

mbusenkell@gsbblaw.com

Email address

3933

Bar number

DE

State

## CERTIFICATE OF RESOLUTION
## AUTHORIZING PREPARATION FOR FILING OF
## VOLUNTARY PETITION UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

At a special meeting of the Board of Directors (the "Board of Directors") of Pyrolyx USA, Inc., a Delaware corporation (the "Corporation"), duly constituted and held on 11/25, 2020, the following resolutions were discussed and thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Corporation has evaluated and considered the financial condition, results of operations and projected cashflows of the Corporation, the Corporation's efforts to secure additional debt or equity financing, the results of those efforts options available to the Corporation and prospects for maximizing the value of the Corporation and returns to the stakeholders of the Corporation and information and recommendations of its executive officers of, and counsel to, the Corporation concerning the financial condition of the Corporation; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition for reorganization of the Corporation be filed under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Financial Officer (the "Authorized Officer") is hereby authorized, empowered and directed, on behalf of the Corporation, to take all necessary actions and make all necessary preparations for the Corporation to commence a case under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case, in the venue that the Authorized Officer deems appropriate and at such time that the Authorized Officer deems appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Corporation shall be and hereby is authorized and directed to do and perform all such acts and things to be prepared to execute and file all petitions, plans, pleadings, schedules, lists, statements, applications, documents, certificates and other papers, and to take such other steps as may be deemed necessary or desirable in order to conduct a case under Chapter 7 of the Bankruptcy Code and to effectuate a reorganization of the Corporation under Chapter 7 as is deemed appropriate;

RESOLVED, that the Corporation shall employ, subject to any requisite bankruptcy court approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to cause to be filed an appropriate application for authority to retain the services of Gellert Scali Busenkell & Brown, LLC;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Corporation

*A S*

as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 7 liquidation of the Corporation as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Corporation in the name of and on behalf of the Corporation in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Financial Officer of Pyrolyx USA, Inc., do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Corporation by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Pyrolyx USA, Inc. this 15 day of December, 2020.

By: _____

Name: Andy F. Stecher

Title:   Chief Financial Officer

Resolution based on
Consent email Stephen Roberts, Director, dated 11/25/2020

*A S*

**Fill in this information to identify the case and this filing:**

Debtor Name _Pyrolyx USA, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12/15/2020_          ✗ _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      _Andy F. Stecher_____
                                      Printed name

                                      _Chief Financial Officer_____
                                      Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re **Pyrolyx USA, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 7,835.00 |
   | Prior to the filing of this statement I have received | $ | 7,835.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/15/2020

*Date*

*/s/ Michael Busenkell*

**Michael Busenkell**
*Signature of Attorney*
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812  Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**
*Name of law firm*

---

**Fill in this information to identify the case:**

Debtor name   Pyrolyx USA, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................... | $ _____

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................... | $ 80,500

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................... | $ 80,500

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................... | $18,433,004

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................... | $ 299,615

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... | + $ 1,528,294

4. **Total liabilities**..............................................................................................
   Lines 2 + 3a + 3b | $ 20,260,913

---

**Fill in this information to identify the case:**

Debtor name _____Pyrolyx USA, Inc._____

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Silicon Valley Bank - Checking Account ending with 1110 | Checking | __ 1 1 1 0 __ | $80,500_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. _____ | $_____ |
|---|---|
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $80.500_____

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. _____ | $_____ |
|---|---|
| 7.2. _____ | $_____ |

Debtor    Pyrolyx USA, Inc._____    Case number *(if known)*_____
                  Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**    This is interest on loans to Pyrolyx Germany. Pyrolyx Germany has filed Chapter 7 also.

    11a. 90 days old or less:    $112,124_____ − $112,124_____ = ....➔    $ 0_____
                                 face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    1,158,558_____ − 1,158,558_____ = ....➔    $ 0_____
                             face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 0_____

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☑ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1. Pyrolyx USA Indiana, LLC    36-4862383    100 %    $0    Chapter 7    $_____
    15.2. Pyrolyx USA Rail, LLC    38-4072552    100 %    $0    Chapter 7    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    $_____

---

| Debtor | Pyrolyx USA, Inc. | Case number *(if known)* |
|--------|-------------------|--------------------------|
| | Name | |

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| Debtor | Pyrolyx USA, Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Pyrolyx USA, Inc.
_____    Case number *(if known)*_____
Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Debtor | Pyrolyx USA, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor ___Pyrolyx USA, Inc._____    Case number *(if known)*_____
         Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**   Note: Pyrolyx AG is insolvent and will file Chapter 7

Description (include name of obligor)

__Pyrolyx AG_____   EURO 6,654,292 _ EURO 6,654,292   = ➜   $ 0
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

__NOLs_____

| | | |
| --- | --- | --- |
| Tax year | 2016 | $43,716 |
| Tax year | 2017 | $ 714,619 |
| Tax year | 2018 | $ 534,140 |
| | 2019 | $3,045,000 |
| | Total | $4,337,475 |
| | | $ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim          _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim          _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Pyrolyx USA, Inc.
_____
Name

Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 95,000 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 82,500 | **+** 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... $ 80,500

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of **Delaware**
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

**Creditor's name**
RPSCO Pty, Ltd.

**Creditor's mailing address**
Level 12, 131 Macquarie Street
Sydney NSW 2000, Australia

**Creditor's email address, if known**
glenselikowitz@ritam-inc.com

**Date debt was incurred** 12/2018 - 1/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
Leroma Pty Ltd, Johalius Investments Pty, Scawton Ltd., Gracemere Enterprises (Aust) Pty Ltd
RPSCO Pty Ltd, TSAL Pty Ltd  - Priority Ranking not clear

**Describe debtor's property that is subject to a lien**
All Accounts, All financial instruments, All Chattel Paper, All Cash Proceeds, All Deposit Accounts, All Certificates of Deposit

$ 5,868,996    Unknown

**Describe the lien**
Guaranty Agreement  & Senior Secured Loan and Security Agreement, December 20, 2018

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
RPSCO Pty, Ltd.

**Creditor's mailing address**
Level 12, 131 Macquarie Street
Sydney NSW 2000, Australia

**Creditor's email address, if known**
glenselikowitz@ritam-inc.com

**Date debt was incurred** 04-06/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Leroma Pty Ltd, Johalius Investments Pty, Scawton Ltd.,
   RPSCO Pty Ltd, TSAL Pty Ltd  - Priority not clear
   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
All Accounts, All Financial Instruments, All Chattel Paper, All Cash proceeds, All Deposit Accounts Al Certificates of Deposit

$ 5,108,127    $    Unknown

**Describe the lien**
Guaranty Agreement & Senior Secured Loan and Security Agreement  04/2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ $18,433,004

Debtor    Pyrolyx USA, Inc.
          _____    Case number (if known)_____
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

TSAL, Pty Ltd.

**Creditor's mailing address**

Level 19, Aurora Place, 88 Phillip S

Sydney NSW 2000, Australia

**Creditor's email address, if known**

mpt@triguboffinvestments.com

**Date debt was incurred**  Dec 2018 - January 2019
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Leroma Pty Ltd, Johalius Investments Pty, Scawton Ltd., RPSCO Pty Ltd, TSAL Pty Ltd , First Iroquois - Priority not clear
   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Accounts, All Financial Instruments, All Chattel Paper, All Cash proceeds, All Deposit Accounts; Al Certificates of Deposit

**Describe the lien**
Guaranty Agreement  Dec 4, 2018   Senior Secured Loan and Security agreement dated as of December 2018

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ $3,065,216    $ Unknwon

---

**2.4** Creditor's name

RPSCO Pty, Ltd. as Lender and Collateral Agent for other Lenders

**Creditor's mailing address**

Level 12, 131 Macquarie Street

Sydney NSW 2000, Australia

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   Leroma Pty Ltd, Johalius Investments Pty, Scawton Ltd., RPSCO Pty Ltd, TSAL Pty Ltd , First Iroquois - Priority not clear

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Accounts, All Financial Instruments, All Chattel Paper, All Cash proceeds, All Deposit Accounts; Al Certificates of Deposit

**Describe the lien**
Guaranty Agreement September 11, 2019   Secured Loan Agreement  09/2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 4,149,865    $ Unknown

---

Debtor    Pyrolyx USA, Inc.
_____
Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:    Additional Page** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.5** Creditor's name

Iriqouis Federal Savings and Loan Associaton

Creditor's mailing address

619 North Gilbert Street
PO Box 1277
Danville IL 61834

Creditor's email address, if known
rlowry@iroquoisfed.com

Date debt was incurred    4/14/2020

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　Leroma Pty Ltd, Johalius Investments Pty, Scawton Ltd.,
　　RPSCO Pty Ltd, TSAL Pty Ltd  - Priority not clear

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

SBA Paycheck Protection Program

Promissory Note 14 April 2020

$ 240,800        $ Unknown

Describe the lien
Type text here

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.6** Creditor's name

UMB Bank, N.A.as trustee

Creditor's mailing address

120 S. 6th Street Suite 1400

Minneapolis MN 55402

Creditor's email address, if known

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

per UCC filing 8/7/2020

$ not specified        $ Unknown

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Pyrolyx USA, Inc.                                          Case number *(if known)*_____
          Name

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Johalius  Investment Pty Limited  Apr 4302   129 Harrington Street  The Rocks NSW 2000 Australia | Line 2. 4 | ___ ___ ___ ___ |
| Scawton Limited  Ordnance House, 31 Pier Road  St Helier Jersey JE4 8PW Channel Islands | Line 2. 4 | ___ ___ ___ ___ |
| Leroma  Pty Limited   Suite 1301 Level 13  22 Market Street, Sydney NSW 2000 Australia | Line 2. 4 | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
| Type text here | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Pyrolyx USA, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
                                                           (State)

Case number
(If known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Multiple - see attached listing
_____
_____
_____

**Date or dates debt was incurred**
12/31/2019
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Payroll/Wage Liabilities
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $ 299,615
Priority amount: $ 299,615

---

**2.2** | Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

---

**2.3** | Priority creditor's name and mailing address
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____    $_____

Debtor    Pyrolyx USA, Inc.
_____
Name

Case number *(if known)*_____

---

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Vendor services
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____     $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____     $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____     $_____

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____     $_____

---

Debtor ___Pyrolyx USA, Inc._____
         Name

Case number *(if known)*_____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Multiple Vendors - see attached XLS Sheet

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor services

$ 1,557,602.80

Date or dates debt was incurred    2019/ 2020

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor        Pyrolyx USA, Inc.
_____
Name

Case number *(if known)*_____

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor _____Pyrolyx USA, Inc._____
       Name

Case number (*if known*)_____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    Pyrolyx USA, Inc.
_____
Name

Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor      Pyrolyx USA, Inc.
            _____
            Name

Case number (if known)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 299,615 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,564,252.80 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,863,867.80 |

**INC-Form 206E-F - Part 2 - Priority Creditors Listing (as of 2020-08-28)**

| Index | SS # | Last 4 | Priority Creditor - Employee Name | Priority Creditor - Mailing Address | Accrued Payroll | Bonus / Other Pay | Total Claim | Date Debt Incurred |
|---|---|---|---|---|---|---|---|---|
| 2.6 | (on file) | 1034 | Thomas Redd | 1700 N. 40th Street, Seattle, WA 98103 | $49,615 | 150,000.00 | 199,615.00 | 01/01/2020 |
| 2.9 | (on file) | 8326 | Andreas Stecher | 51 Park Ridge Ave, Rye NH 03870 | 0 | 100,000.00 | 100,000.00 | 01/01/2020 |
| | | | | | | | **299,615.00** | |

|  | Invoice | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplier | | | | | | | |
| Status | Invoice | Branch | Journal date | Journal | Reference | Invoice date | Amount |
| S70100011 | Corporation Service Company (DE) | | | | 251 Little Falls Drive, Wilmington DE 19808 | | |
|  | 79745699 | AP-TRADE | 11/06/2020 | 159 | CSC | 09/12/2020 | $ 1,311.00 |
|  | | | | | | Total | $ 1,311.00 |
| S70100018 | Design Nine, Inc. | | | | 11166 Tesson Ferry Road, Suite 100, St. Louis, Missouri 63123 | | |
|  | 1906312 | AP-TRADE | 05/07/2020 | 87 | Project: 19063 | 04/07/2020 | $ 1,462.00 |
|  | 1906313 | AP-TRADE | 05/15/2020 | 90 | Project 19063 | 05/06/2020 | $ 392.50 |
|  | | | | | | Total | $ 1,854.50 |
| S70100019 | EarthCon Consultants, Inc. | | | | 1880 W Oak Pkwy building 100 suite 106, Marietta, GA 30062 | | |
|  | 000000038670 | AP-TRADE | 04/16/2020 | 76 | Project No.: 02.20160187.01 | 04/13/2020 | $ 21,295.01 |
|  | 000000038822 | AP-TRADE | 05/15/2020 | 90 | Project No: 02.20160187.01 | 05/11/2020 | $ 5,022.27 |
|  | 000000038957 | AP-TRADE | 06/19/2020 | 102 | Project No: 02.20160187.01 | 06/12/2020 | $ 6,108.21 |
|  | 000000039158 | AP-TRADE | 07/18/2020 | 114 | Project No: 02.20160187.01 | 07/16/2020 | $ 8,597.65 |
|  | | | | | | Total | $ 41,023.14 |
| S70100027 | K&L Gates LLP | | | | KL Gates LLP, Jason L. Richey  Partner 210 Sixth Avenue Pittsburgh, PA  15222 | | |
|  | 3739241 | AP-TRADE | 06/19/2020 | 103 | File Number: 2070954.00009 | 01/10/2020 | $ 126.00 |
|  | 3750530 | AP-TRADE | 02/18/2020 | 36 | File Number: 2070954 | 02/12/2020 | $ 231,341.78 |
|  | | P/m | 04/21/2020 | 34 | SVB-OPR-1110 -000000000010296 | | $ (31,341.78) |
|  | 3758974 | AP-TRADE | 03/26/2020 | 60 | File Number: 2070954.00008 | 03/09/2020 | $ 3,105.00 |
|  | 3758976 | AP-TRADE | 04/07/2020 | 66 | K&L Gates | 03/09/2020 | $ 6,105.00 |
|  | 3760985 | AP-TRADE | 03/26/2020 | 60 | File Number: 2070954 | 03/12/2020 | $ 152,219.93 |
|  | 3774507 | AP-TRADE | 04/16/2020 | 79 | File Number: 2070954 | 04/16/2020 | $ 92,429.55 |
|  | 3774513 | AP-TRADE | 04/16/2020 | 79 | File Number: 2070954.00008 | 04/16/2020 | $ 3,000.00 |
|  | 3784714 | AP-TRADE | 05/15/2020 | 89 | File Number: 2070954 | 05/13/2020 | $ 129,799.65 |
|  | 3794532 | AP-TRADE | 06/19/2020 | 102 | File Number: 2070954 | 06/12/2020 | $ 88,392.42 |
|  | 3806435 | AP-TRADE | 07/18/2020 | 112 | File Number: 2070954 | 07/15/2020 | $ 20,027.88 |
|  | 3814157 | AP-TRADE | 08/10/2020 | 129 | File Number: 2070954 | 08/10/2020 | $ 22,941.73 |
|  | 3828705 | AP-TRADE | 09/21/2020 | 145 | File Number: 2070954 | 09/18/2020 | $ 1,847.70 |
|  | 3835377 | AP-TRADE | 10/08/2020 | 149 | File Number: 2070954 | 10/07/2020 | $ 1,832.30 |
|  | | | | | | Total | $ 721,827.16 |
| S70100029 | Lind Law Firm | | | | 400 Ohio St, Terre Haute, IN 47807 | | |
|  | 14414 | AP-TRADE | 05/15/2020 | 90 | Account No. 2940.01 | 05/01/2020 | $ 12,454.76 |
|  | | P/m | 10/07/2020 | 84 | SVB-OPR-1110 -000002020100702 | | $ (4,694.43) |
|  | 14445 | AP-TRADE | 05/15/2020 | 90 | Account No. 3160.00 | 05/01/2020 | $ 276.45 |
|  | | P/m | 10/07/2020 | 84 | SVB-OPR-1110 -000002020100702 | | $ (276.45) |
|  | 14527 | AP-TRADE | 06/11/2020 | 99 | Account No. 2940.01 | 06/01/2020 | $ 6,978.98 |
|  | 14647 | AP-TRADE | 07/18/2020 | 112 | Account No. 2940.01 | 07/01/2020 | $ 1,710.00 |
|  | 14777 | AP-TRADE | 08/10/2020 | 127 | Account No. 2940.01 | 08/03/2020 | $ 1,272.19 |
|  | 14905 | AP-TRADE | 09/21/2020 | 145 | Account No. 2940.01 | 09/01/2020 | $ 133.61 |
|  | 15022 | AP-TRADE | 10/08/2020 | 149 | Account No. 2940.01 | 10/01/2020 | $ 144.89 |
|  | | | | | | Total | $ 18,000.00 |
| S70100039 | Plante & Moran, PLLC | | | | 10 S Riverside Plaza, Chicago, IL 60606 | | |
|  | 1852697 | AP-TRADE | 05/21/2020 | 93 | Client No: 127783 | 05/19/2020 | $ 16,926.55 |
|  | 1856700 | AP-TRADE | 05/29/2020 | 95 | Client No: 127783 | 05/28/2020 | $ 3,120.00 |
|  | 1870836 | AP-TRADE | 07/12/2020 | 110 | Client No: 127783 | 06/30/2020 | $ 5,000.00 |
|  | 1881662 | AP-TRADE | 08/08/2020 | 125 | Client No: 127783 | 07/28/2020 | $ 1,624.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1886310 | AP-TRADE | 08/10/2020 | 128 | Claim No... | 08/05/2020 | $ | 4.6... |
| 1896248 | AP-TRADE | 09/21/2020 | 144 | Client No.: 127783 | 09/06/2020 | $ | 5,050.00 |
| | | | | | Total | $ | 36,397.80 |

**S70100053**  Terre Haute Economic Development Corp.  —  630 Wabash Avenue, Sutie 101, Terre Haute, IN 47807

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2020-03-31 | AP-TRADE | 04/16/2020 | 76 | THEDC | 03/31/2020 | $ | 5,000.00 |

**S70100054**  The AME Group  —  6001 E Old Hwy 50, Vincennes, IN 47591

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 300976 | AP-TRADE | 06/04/2020 | 97 | The AME Group | 05/29/2020 | $ | 5,505.00 |
| 302288 | AP-TRADE | 06/11/2020 | 100 | The AME Group | 06/02/2020 | $ | 6,150.30 |
| | P/m | 10/07/2020 | 84 | SVB-OPR-1110  -000002020100701 | | $ | (3,075.15) |
| 306613 | AP-TRADE | 07/02/2020 | 108 | The AME Group | 06/30/2020 | $ | 1,425.00 |
| 310331 | AP-TRADE | 08/08/2020 | 125 | The AME Group | 07/21/2020 | $ | 1,000.00 |
| 312291 | AP-TRADE | 08/08/2020 | 125 | The AME Group | 07/31/2020 | $ | 2,482.50 |
| 315384 | AP-TRADE | 09/07/2020 | 140 | Customer No. PYU001 | 08/16/2020 | $ | 236.86 |
| 318342 | AP-TRADE | 09/07/2020 | 140 | Customer No. PYU001 | 08/31/2020 | $ | 580.50 |
| 320917 | AP-TRADE | 09/21/2020 | 145 | The AME Group | 09/11/2020 | $ | 329.36 |
| 325309 | AP-TRADE | 10/08/2020 | 149 | Customer No. PYU001 | 10/02/2020 | $ | 84.00 |
| 327797 | AP-TRADE | 10/20/2020 | 155 | The AME Group | 10/15/2020 | $ | 257.38 |
| | | | | | Total | $ | 14,975.75 |

**S70100063**  Zeppelin Systems USA  —  11050 W Little York Rd Building D, Houston, TX 77041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71112 | AP-TRADE | 12/13/2019 | 87 | Zeppelin Systems USA | 11/20/2019 | $ | 5,882.40 |
| 82978 | AP-TRADE | 09/09/2019 | 2 | | 08/09/2019 | $ | 6,247.50 |
| | | | | | Total | $ | 12,129.90 |

**S70100064**  Anthem Blue Cross and Blue Shield  —  Anthem Blue Cross and Blue Shield, P.O. Box 105557, Atlanta, GA 30348.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0202008407061 | AP-TRADE | 08/22/2020 | 131 | Anthem BCBS | 08/01/2020 | $ | 4,365.46 |
| | | | | | Total | $ | 4,365.46 |

**S70100079**  Zachry Engineering  —  527 Logwood Ave, San Antonio TX 78221

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11282802 | AP-TRADE | 10/24/2019 | 38 | Task Order 03, Job: 112828 | 12/18/2019 | $ | 46,241.00 |
| | Adj | 01/05/2020 | 94 | Task Order 3 | | $ | (1,596.00) |
| 11283802 | AP-TRADE | 10/24/2019 | 38 | Task Order 04, Job: 112838 | 12/18/2019 | $ | 262,112.19 |
| | Adj | 01/05/2020 | 94 | Task Order 4 | | $ | (10,274.74) |
| 11283803 | AP-TRADE | 12/10/2019 | 78 | Task Order - 04 | 11/08/2019 | $ | 243,932.31 |
| | P/m | 02/28/2020 | 24 | SVB-OPR-1110  -000002020022801 | | $ | (50,000.00) |
| 11284401 | AP-TRADE | 01/05/2020 | 94 | Task Order 6 | 12/18/2019 | $ | 91,510.00 |
| | | | | | Total | $ | 581,924.76 |

**S70100082**  S&P Global Platts  —  55 Water St 37th floor, New York, NY 10041

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1000086350 | AP-TRADE | 09/07/2020 | 140 | Customer Number: 184739 | 08/13/2020 | $ | 6,952.50 |

**S70100087**  Principal Life Insurance  —  711 High St, Des Moines, IA 50392

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1115449-10001(20-1 | AP-TRADE | 10/20/2020 | 155 | Account # 1115449-10001 | 10/18/2020 | $ | 11,488.53 |
| | | | | | Total | $ | 11,488.53 |

**S70100092**  Syspro Impact Software  —  959 South Coast Drive, Suite 100  Costa Mesa, California, 92626, USA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 261500 | AP-TRADE | 11/05/2020 | 157 | | 10/24/2020 | $ | 14,141.97 |
| | | | | | Total | $ | 14,141.97 |

BDO  —  5300 Patterson Ave S.E., Suite 100, Grand Rapids, MI 49512

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 378234 | AP-TRADE | | | | 8/4/2020 | $ | 6,650.00 |
| | | | | | Total | $ | 6,650.00 |

**S70100102**  Russell Reynolds Associates  —  999 Peachtree St NE Suite 2700, Atlanta, GA 30309

| 243878 | AP-TRADE | 09/07/2020 | 139 | Client Number: 920031916 | 01/31/2020 | $ | 50,000.00 |
| 245541 | AP-TRADE | 09/07/2020 | 139 | Client Number: 920031916 | 02/03/2020 | $ | 814.55 |
| | | | | | Total | $ | 50,814.55 |

S70100143    The Hanover Insurance Group    PO Box 580045  Charlotte, NC 28258-0045

| H171171 (2020-10) | AP-TRADE | 11/05/2020 | 157 | Policy: OB2 H171171 | 10/01/2020 | $ | 245.28 |
| | | | | | Total | $ | 245.28 |

S70100147    McDonald Hopkins    300 N LaSalle Dr #1400, Chicago, IL 60654

| 1394740 | AP-TRADE | 10/09/2020 | 150 | Client-Matter: 48949-00001 | 10/06/2020 | $ | 35,150.50 |
| | | | | | Total | $ | 35,150.50 |

| Local Currency | | |
| --- | --- | --- |
| AP balance forward as of | 10/07/2020 | $ | 1,564,252.80 |

Printed:

Matt Finnestead  11/06/2020 22:15

Pyrolyx USA, Inc.

Version 8.0.001∥

**Fill in this information to identify the case:**

Debtor name __Pyrolyx USA, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__

Case number (If known): _____ Chapter _____

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Services - Annual Consulting Support: | Core Business Solutions |
|---|---|---|---|
| | State the term remaining | 4 months (expires December 31, 2020) | 208 S. 4th Street, Suite 7 |
| | List the contract number of any government contract | | P.O. Box 631 |
| | | | Lewisburg, PA 17837 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Airgas | S&P Global Platts |
|---|---|---|---|
| | State the term remaining | 1 month (expires September 30, 2020) | 55 Water Street |
| | List the contract number of any government contract | | New York, NY 10041 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Services - Subscriber Agreement: | Syspro Impact Software |
|---|---|---|---|
| | State the term remaining | 22 months (expires June 30, 2022) | 959 South Coast Drive, Suite 100 |
| | List the contract number of any government contract | | Costa Mesa, CA 92626 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Services - Syspro Implementation: | The AME Group |
|---|---|---|---|
| | State the term remaining | remaining based upon % of billed services | 6001 E. Old Highway 50 |
| | List the contract number of any government contract | | Vincennes, IN 47591 |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Contract - Guaranty and Credit Agreement: | Vectren Energy Delivery of Indiana, Inc. |
|---|---|---|---|
| | State the term remaining | 3 years (expires August 11, 2023) | Office of the General Counsel |
| | List the contract number of any government contract | | One Vectren Square |
| | | | Evansville, IN 47708 |

**Fill in this information to identify the case:**

Debtor name  Pyrolyx USA, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Pyrolyx AG | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | RPSCO Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | Pyrolyx International GmbH | Landshuter Alllee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | RPSCO Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Pyrolyx AG | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | TSAL Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Pyrolyx International GmbH | Landshuter Alllee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | TSAL Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Pyrolyx AG | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | Leroma Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Pyrolyx International GmbH | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637          Germany <br> City          State          ZIP Code | Leroma Pty Ltd. | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | Pyrolyx USA, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.— | Pyrolyx AG | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637 — Germany <br> City — State — ZIP Code | Johalius Investments Pty Ltd | ✔ D <br> ☐ E/F <br> ☐ G |
| 2.— | Pyrolyx International GmbH | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637 — Germany <br> City — State — ZIP Code | Johalius Investments Pty Ltd | ✔ D <br> ☐ E/F <br> ☐ G |
| 2.— | Pyrolyx AG | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637 — Germany <br> City — State — ZIP Code | Scawton Ltd. | ✔ D <br> ☐ E/F <br> ☐ G |
| 2.— | Pyrolyx International GmbH | Landshuter Allee 8-10 <br> Street <br><br> Munich 80637 — Germany <br> City — State — ZIP Code | Scawton Ltd. | ✔ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City — State — ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City — State — ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City — State — ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City — State — ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Pyrolyx USA, Inc**

United States Bankruptcy Court for the: _____ District of  Delaware
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY     MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to  Filing date<br>MM / DD / YYYY | Interest income from Intercompany loans and checking account - Fixed Asset Sale | $ 268,245 |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY     MM / DD / YYYY | Interest income from Intercompany loans and checking account | $ 821,587 |
| **For the year before that:** | From 01/101/2018 to 12/31/2018<br>MM / DD / YYYY     MM / DD / YYYY | Interest income from Intercompany loans and checking account | $ 439,582 |

Debtor    Pyrolyx USA, Inc.
          Name

Case number (if known)

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Multiple - see attached<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | 09-11/2020 | $ 203,546 | ❑ Secured debt<br>❑ Unsecured loan repayments<br>☒ Suppliers or vendors<br>❑ Services<br>Other |
| 3.2. | <br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | | $ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | C-Level Executives<br>Insider's name<br>see attached<br>Street<br><br>City          State     ZIP Code | 12/2019 - 11/2020 | $ 1,011,523 | Salaries, Expense Reimbursements, Employment Insurance, 401k |
| | **Relationship to debtor**<br>CEO, COO, CFO - senior management | | | |
| 4.2. | <br>Insider's name<br><br>Street<br><br>City          State     ZIP Code | | $ | |
| | **Relationship to debtor** | | | |

| Debtor | Pyrolyx USA, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| 5.2. | | | | $ |
| | Creditor's name | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City                State        ZIP Code | | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PYROLYX USA INDIANA, LLC, PYROLYX USA, INC., and PYROLYX AG, Plaintiffs, v. ZEPPELIN SYSTEMS GMBH and ZEPPELIN SYSTEMS USA, INC., Defendants | Suing for liquidated damages resulting from flawed construction design and delays in the performance as the General Contractor for the Terre Haute Plant | Southern District of New York<br><br>Name<br><br>Street<br><br>City        State        ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | NOTE: Plaintiffs attorneys KL &Gates have resigned from representation due to non payment of invoices therefore the case is expected to be dismissed | | |
| 7.2. | **Case title** | | **Court or agency's name and address**<br><br>Name<br><br>Street<br><br>City        State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |

Debtor   Pyrolyx USA, Inc.
_____   Case number *(if known)*_____
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| | **Case number** | Street |
| City          State     ZIP Code | _____ | City          State     ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | | |

Debtor    Pyrolyx USA, Inc.
          _____          Case number (if known) _____
          Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McDonald Hopkins Attorneys Chicago | | 06-11/2020 | $  199,070 |
| | **Address** | | | |
| | 300 N LaSalle Dr  Suite 1400 <br> Street | | | |
| | Chicago                IL           60654 <br> City            State      ZIP Code | | | |
| | **Email or website address** <br> dagay@mcdonaldhopkins.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Mike Busenkell - Gellert Scali Busenkell & Brown, LLC | | | $15,700 |
| | **Address** | | | |
| | 1201 N. Orange Street, Suite 300, <br> Street | | | |
| | Wilmington,            DE          19801 <br> City            State      ZIP Code | | | |
| | **Email or website address** <br> mbusenkell@gsbblaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor _____Pyrolyx USA, Inc._____    Case number (if known)_____
              Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City            State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City            State        ZIP Code | | | |

---

Debtor _____    Case number (if known)_____
         Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Pyrolyx USA Inc 401(k) Profit Sharing Plan and Trust | EIN:  81-4767204 |

Has the plan been terminated?

☐ No

☒ Yes

Debtor   Pyrolyx USA, Inc.
_____
Name

Case number *(if known)*_____

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name _____ Street _____ City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ _____ | _____ _____ _____ | ☐ No ☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City    State    ZIP Code | _____ _____ _____ **Address** _____ | _____ _____ _____ | ☐ No ☐ Yes |

Debtor    Pyrolyx USA, Inc.
_____    Case number (if known)_____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

Debtor    Pyrolyx USA, Inc..
_____
Name

Case number (if known)_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Pyrolyx USA Indiana LLC<br>Name<br>4150 Steelton  Ave<br>Street<br><br>Terre Haute          IN          47805<br>City          State          ZIP Code | Plant to produce rCB material | EIN: 3 6 – 4 8 6 2 3 8 3 _ _ _<br>**Dates business existed**<br><br>From  2016    To  2020 |
| 25.2. | Pyrolyx Indiana Rail, LLC<br>Name<br>4150 Steelton  Ave<br>Street<br><br>Terre Haute          IN          47805<br>City          State          ZIP Code | Owns a short distance/spur of railroad tracks | EIN: 3 8 – 4 0 7 2 5 5 2 _ _ _<br>**Dates business existed**<br><br>From  2017    To  2020 |
| 25.3. | Pyrolyx Tire Recycling          , LLC<br>Name<br>575 S 10th Street<br>Street<br><br>Hillsdale          IN          47854<br>City          State          ZIP Code | End of life tire shredding/ recycling | EIN: 8 4 _ 2 3 8 5 1 7 6 _ _ _<br>**Dates business existed**<br><br>From  2019    To  2020 |
| 25.4 | Pyrolyx Transportation, LLC<br>575 S 10th Street<br>Hillsdale          IN          47854 | End of life tire collection from tire dealers in the Midwest | EIN: 8 4 _ 2 3 7 5 7 1 2 _ _ _<br>**Date business existed**<br>From  2019  To    2020 |

Debtor      Pyrolyx USA, Inc.
            _____      Case number (if known)_____
            Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Cherry Llave <br> Name <br> 4651 151st Street <br> Street <br><br> Oak Forest             IL             60452 <br> City                          State        ZIP Code | From  06/2019  To  11/2020 |

| Name and address | Dates of service |
|---|---|
| 26a.2. Matthew Finnestead <br> Name <br><br> Street <br><br> Terre Haute            IN             47805 <br> City                          State        ZIP Code | From  12/2016  To  11/2020 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. PLANTE MORAN  CPAs      Partner:  Mr.Bob Denninger <br> Name <br> 10 S Riverside Plaza, <br> Street <br><br> Chicago,                IL             60606 <br> City                          State        ZIP Code | From  2019  To  2020 |

| Name and address | Dates of service |
|---|---|
| 26b.2. Sackrider & Company, Inc. Certified Public Accountants   Partner Jerome Case <br> Name <br> 1925 Wabash Ave, <br> Street <br><br> Terre Haute,            IN             47807 <br> City                          State        ZIP Code | From  2019  To  2020 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Auditors 26.b1 and 26.b2  - Financial Accounts stored in Google Cloud <br> Name <br><br> Street <br><br> City                          State        ZIP Code | Google Cloud needs to be maintained |

---

Debtor    Pyrolyx USA, Inc.
_____    Case number *(if known)*_____
          Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State           ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

|  | Name and address |
|---|---|
| 26d.1. | See attached Listing<br>_____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State           ZIP Code |
|  | **Name and address** |
| 26d.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City                    State           ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>_____<br>Street<br>_____<br>City                    State           ZIP Code |

Debtor    Pyrolyx USA, Inc.
_____    Case number (if known)_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name                 Dave Steele, Chairman of the Board
_____
Street
_____
City                                State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alfred Cutrone | 413 Clubhouse Drive, Fairhope, AL 36532 | CEO / COO | 0% |
| Andy Stecher | 1130 Knollwood Road, Deerfield, IL60015 | CFO | 0% |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael P. Triguboff | Level 19, Aurora Pl., 88 Phillip St., Sydney NSW Australia | Director, Shareholder | From 2017 To 2020 |
| Dave Steele | Perth, WA Australia | Chairman of the Board | From 2018 To 2020 |
| Thomas Redd | 1700 N. 40th Street, Seattle, WA 98103 | CEO | From 2016 To 2020 |
| Stephen Roberts | Sydney NSW 2000, Australia | Director | From 2020 To 2020 |
| William Best | Sydney NSW 2000, Australia | Director | 2020 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Executive Management - see attached | $1,011,523 | 2019-2020 | Employment |
| Name (also see Part 2 - Section 4.1 | | | |
| Street | | _____ | |
| City                State        ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |
| C-Level Management | | | |

Debtor    Pyrolyx USA, Inc.
          Name

Case number *(if known)*_____

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name | | _____ | |
| | Street | | _____ | |
| | | | _____ | |
| | City            State        ZIP Code | | _____ | |
| | Relationship to debtor | | _____ | |
| | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/15/2020
               MM  / DD  / YYYY

✖ _____
Signature of individual signing on behalf of the debtor

Printed name    Andreas F. Stecher

Position or relationship to debtor    CFO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

# Pyrolyx USA, Inc.

## Form 207 - Part 2: Section 3: Creditor Payments within 90 days before filing

| Index | Creditor's Name | Creditor's Address | Dates | Total amount | Reasons for payment or transfer |
|---|---|---|---|---|---|
| 3.1 | IRS Tax Payments | | 12/1/2020 | 15154.00 | Taxes |
| | | | 12/1/2020 | | |
| | | | 12/7/2020 | | |
| | | | 12/10/2020 | | |
| | | | 12/10/2020 | | |
| 3.2 | CIGNA Health Insurance | 900 Cottage Grove Road, Bloomfield CT 06002 | 10/20/2020 | 100273.07 | Insurance |
| 3.3 | Encova Insurance | P.O. Box 11285, Charleston, WV 25339-1285 | 9/22/2020 | 13423.00 | Suppliers or vendors |
| | | | 10/22/2020 | | |
| 3.4 | Bionic Tangerine | 300 E 13th Street, Suite 306 Vancouver, WA 98660 | 12/15/2020 | 1695.00 | Suppliers or vendors |
| 3.5 | Silicon Valley Bank - Credit Card | 3003 Tasman Drive, Santa Clara, CA 95054 | 9/24/2020 | 33859.05 | Suppliers or vendors |
| | | | 11/6/2020 | | |
| | | | 11/24/2020 | | |
| | | | 12/11/2020 | | |
| 3.6 | Gellert Busenkell | 1201 N. Orange Street, Suite 300, Wilmington, DE 19801 | 7/23/2020 | 15670.00 | Suppliers or vendors |
| 3.7 | Principal Life Insurance | P.O. Box 10372, Des Moines, IA 50306-0372 | 9/15/2020 | 14688.51 | Insurance |
| | | | 10/15/2020 | | |
| 3.8 | Staples Business Credit | P.O. Box 105638, Atlanta, GA 30348-5638 | 9/28/2020 | 1325.01 | Suppliers or vendors |
| | | | 10/15/2020 | | |
| 3.9 | Hanover Insurance | PO Box 580045. Charlotte, NC 28258-0045 | 9/25/2020 | 245.29 | Suppliers or vendors |
| 3.10 | TPI Uitility Municipal Billing | | 10/5/2020 | 290.48 | Utilities |
| 3.11 | Terre Haute Savings Bank | 533 Ohio Street. Terre Haute, IN 47807 | 10/7/2020 | 5475.00 | Bank |
| 3.12 | Ame Software | 6001 E. Old Hwy. 50. Vincennes, IN 47591 | 10/7/2020 | 3411,14 | Suppliers or vendors |
| 3.13 | Google Services | 1600 Amphitheetre Parkway, Mountain View CA 94043 | 12/4/2020 | 847.40 | Suppliers or vendors |
| | | | 12/11/2020 | | |
| 3.14 | Sackrider CPAs | 1925 Wabash Ave, Terre Haute, IN 47807 | 12/8/2020 | 600.00 | Services |

$ 203,545.81

# Pyrolyx USA, Inc.

## Form 207 - Part 2: Section 4: Insider Payments within 1 year before filing

| Index | Insider Name | Function | Insider Address | Relationship to Debtor | Dates | Amount | Total Amount | Reasons for payment or transfer |
|-------|--------------|----------|-----------------|------------------------|-------|--------|--------------|--------------------------------|
| 4.1 | Alfred Cutrone | COO/CEO | 413 Clubhouse Drive, Fairhope, AL 3653 | Chief Operations Officer | | | $ 259,802.46 | |
| | | CEO from 06/2020 | | | 2/21/2020 | $  5,769.23 | | Payroll - Salary |
| | | | | | 3/06/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 3/20/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 3/20/2020 | $  6,398.92 | | Expense Reimbursement |
| | | | | | 4/03/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 4/17/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 4/17/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 4/17/2020 | $     48.08 | | HSA Contribution |
| | | | | | 5/01/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 5/01/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 5/01/2020 | $     48.08 | | HSA Contribution |
| | | | | | 5/15/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 5/15/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 5/15/2020 | $     48.08 | | HSA Contribution |
| | | | | | 5/29/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 5/29/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 5/29/2020 | $     48.08 | | HSA Contribution |
| | | | | | 6/12/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 6/12/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 6/12/2020 | $     48.08 | | HSA Contribution |
| | | | | | 6/26/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 6/26/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 6/26/2020 | $     48.08 | | HSA Contribution |
| | | | | | 7/10/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 7/10/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 7/10/2020 | $     48.08 | | HSA Contribution |
| | | | | | 8/07/2020 | $ 21,115.63 | | Payroll - Salary |
| | | | | | 8/07/2020 | $     82.50 | | Expense Reimbursement |
| | | | | | 8/07/2020 | $     96.16 | | HSA Contribution |
| | | | | | 8/21/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 8/21/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 8/21/2020 | $     48.08 | | HSA Contribution |
| | | | | | 9/04/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 9/04/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 9/04/2020 | $     48.08 | | HSA Contribution |

| | | | | | 9/18/2020 | $ 13,269.23 | | Payroll - Salary |
|---|---|---|---|---|---|---|---|---|
| | | | | | 9/18/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 9/18/2020 | $     48.08 | | HSA Contribution |
| | | | | | 10/02/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 10/02/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 10/02/2020 | $     48.08 | | HSA Contribution |
| | | | | | 10/16/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 10/16/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 10/16/2020 | $     48.08 | | HSA Contribution |
| | | | | | 10/16/2020 | $    530.77 | | 401k |
| | | | | | 10/31/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 10/31/2020 | $     55.00 | | Expense Reimbursement |
| | | | | | 10/31/2020 | $     48.08 | | HSA Contribution |
| | | | | | 10/31/2020 | $    530.77 | | 401k |
| | | | | | 11/24/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 11/24/2020 | $ 13,269.23 | | Payroll - Salary |
| | | | | | 11/24/2020 | $  2,400.00 | | Expense Reimbursement |
| | | | | | | | | |
| 4.2 | Andreas Stecher | CFO | 51 Park Ridge Ave, Rye NH 03870 | Chief Financial Officer | | | $ 310,158.91 | |
| | | | | | 12/13/2019 | $  7,692.31 | | Payroll - Salary |
| | | | | | 12/13/2019 | $    307.69 | | 401(k) Contribution |
| | | | | | 12/13/2019 | $    681.02 | | Expense Reimbursement |
| | | | | | 12/27/2019 | $  7,692.31 | | Payroll - Salary |
| | | | | | 12/27/2019 | $    307.69 | | 401(k) Contribution |
| | | | | | 12/27/2019 | $    818.39 | | Expense Reimbursement |
| | | | | | 1/10/2020 | $  7,692.31 | | Payroll - Salary |
| | | | | | 1/10/2020 | $    307.69 | | 401(k) Contribution |
| | | | | | 1/10/2020 | $  1,150.15 | | Expense Reimbursement |
| | | | | | 1/24/2020 | $  7,692.31 | | Payroll - Salary |
| | | | | | 1/24/2020 | $    307.69 | | 401(k) Contribution |
| | | | | | 1/24/2020 | $  3,825.69 | | Expense Reimbursement |
| | | | | | 2/07/2020 | $  7,692.31 | | Payroll - Salary |
| | | | | | 2/07/2020 | $    307.69 | | 401(k) Contribution |
| | | | | | 2/07/2020 | $  1,933.28 | | Expense Reimbursement |
| | | | | | 2/21/2020 | $  7,692.31 | | Payroll - Salary |
| | | | | | 2/21/2020 | $    307.69 | | 401(k) Contribution |
| | | | | | 2/21/2020 | $  3,213.86 | | Expense Reimbursement |
| | | | | | 3/06/2020 | $ 17,307.66 | | Payroll - Salary |
| | | | | | 3/06/2020 | $    692.30 | | 401(k) Contribution |
| | | | | | 3/06/2020 | $    840.27 | | Expense Reimbursement |
| | | | | | 3/20/2020 | $  9,615.38 | | Payroll - Salary |
| | | | | | 3/20/2020 | $    384.61 | | 401(k) Contribution |
| | | | | | 3/20/2020 | $  5,356.09 | | Expense Reimbursement |

| | | | | Date | Amount | | Description |
|---|---|---|---|---|---|---|---|
| | | | | 4/03/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 4/03/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 4/17/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 4/17/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 5/01/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 5/01/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 5/01/2020 | $ | 442.87 | Expense Reimbursement |
| | | | | 5/15/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 5/15/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 5/15/2020 | $ | 71.12 | Expense Reimbursement |
| | | | | 5/29/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 5/29/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 6/12/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 6/12/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 6/26/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 6/26/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 7/10/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 7/10/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 7/10/2020 | $ | 1,963.76 | Expense Reimbursement |
| | | | | 7/24/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 7/24/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 7/24/2020 | $ | 546.44 | Expense Reimbursement |
| | | | | 8/07/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 8/07/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 8/21/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 8/21/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 9/04/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 9/04/2020 | $ | 307.69 | 401(k) Contribution |
| | | | | 9/18/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 9/18/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 10/02/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 10/02/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 10/16/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 10/16/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 10/31/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 10/31/2020 | $ | 384.61 | 401(k) Contribution |
| | | | | 10/31/2020 | $ | 376.33 | Expense Reimbursement |
| | | | | 11/13/2020 | $ | 28,645.00 | Payroll - PTO -Salary |
| | | | | 11/13/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 11/13/2020 | $ | 1,541.01 | Expense Reimbursement |
| | | | | 11/24/2020 | $ | 9,615.38 | Payroll - Salary |
| | | | | 11/24/2020 | $ | 3,600.00 | Expense Reimbursement |
| | | | | 12/11/2020 | $ | 9,615.38 | Payroll - Salary |

| 4.3 | James Van Laar | COO | 14 Mosaic Point Place, Spring, TX 77389 | Chief Operations Officer | | | $ 147,677.37 | |
|---|---|---|---|---|---|---|---|---|
| | | until 02/2020 | | | 11/29/2019 | $ 55.00 | | Expense Reimbursement |
| | | | | | 12/13/2019 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 12/13/2019 | $ 430.77 | | 401(k) Contribution |
| | | | | | 12/13/2019 | $ 55.00 | | Expense Reimbursement |
| | | | | | 12/27/2019 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 12/27/2019 | $ 430.77 | | 401(k) Contribution |
| | | | | | 12/27/2019 | $ 55.00 | | Expense Reimbursement |
| | | | | | 12/27/2019 | $ 15,867.62 | | Expense Reimbursement |
| | | | | | 1/10/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 1/10/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 1/10/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 1/10/2020 | $ 5,777.15 | | Expense Reimbursement |
| | | | | | 1/24/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 1/24/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 1/24/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 2/07/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 2/07/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 2/07/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 2/07/2020 | $ 4,475.70 | | Expense Reimbursement |
| | | | | | 2/21/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 2/21/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 2/21/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 3/06/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 3/06/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 3/06/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 3/06/2020 | $ 9,782.14 | | Expense Reimbursement |
| | | | | | 3/20/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 3/20/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 3/20/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 4/03/2020 | $ 10,769.23 | | Payroll - Salary |
| | | | | | 4/03/2020 | $ 430.77 | | 401(k) Contribution |
| | | | | | 4/03/2020 | $ 55.00 | | Expense Reimbursement |
| | | | | | 4/03/2020 | 4489,27 | | Expense Reimbursement |
| | | | | | 4/17/2020 | $ 10,023.81 | | Payroll - Salary |
| | | until 06/2020 | | | 4/17/2020 | $ 400.95 | | 401(k) Contribution |
| 4.4 | Thomas Redd | CEO | 1700 N. 40th Street, Seattle, WA 98103 | Chief Executive Officer | | | $ 293,884.11 | |
| | | | | | 12/13/2019 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 12/13/2019 | $ 70.00 | | Expense Reimbursement |
| | | | | | 12/27/2019 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 12/27/2019 | $ 70.00 | | Expense Reimbursement |
| | | | | | 12/27/2019 | $ 9,453.95 | | Expense Reimbursement |
| | | | | | 1/10/2020 | $ 11,538.46 | | Payroll - Salary |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1/10/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 1/10/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 1/24/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 1/24/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 1/24/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 2/07/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 2/07/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 2/07/2020 | $ 11,326.98 | | Expense Reimbursement |
| | | | | | 2/07/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 2/21/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 2/21/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 2/21/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 3/06/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 3/06/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 3/06/2020 | $ 6,125.69 | | Expense Reimbursement |
| | | | | | 3/06/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 3/20/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 3/20/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 3/20/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 4/03/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 4/03/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 4/03/2020 | $ 1,511.70 | | Expense Reimbursement |
| | | | | | 4/03/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 4/17/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 4/17/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 4/17/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 5/01/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 5/01/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 5/01/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 6/12/2020 | $ 40,384.61 | | Payroll - Salary |
| | | | | | 6/12/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 6/12/2020 | $ 1,615.39 | | 401(k) Contribution |
| | | | | | 6/26/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 6/26/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 6/26/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 7/10/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 7/10/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 7/10/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 7/24/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 7/24/2020 | $ 70.00 | | Expense Reimbursement |
| | | | | | 7/24/2020 | $ 461.53 | | 401(k) Contribution |
| | | | | | 8/07/2020 | $ 11,538.46 | | Payroll - Salary |
| | | | | | 8/07/2020 | $ 70.00 | | Expense Reimbursement |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | 8/07/2020 | $ | 461.53 | | 401(k) Contribution |
| | | | | 11/13/2020 | $ 43,269.00 | | Payroll - PTO -Salary |

| | | | |
|---|---|---|---|
| 25.1 Pyrolyx USA Indiana, LLC<br>4023 Kenneth Pike, #50036<br>Wilmington, DE 19807 | Manufacturing of carbon black, oil and metal<br>from waste tire | 36-4862383 | 08/2017 to Date of Filing |
| 25.2 Pyrolyx Indiana Rail, LLC<br>4023 Kenneth Pike, #50036<br>Wilmington, DE 19807 | Provide for the construction of rail spur or side<br>truck serving the solid waste recycling facility<br>located at 4150 E. Steelton Ave., Terre Haute, IN | 38-4072552 | 04/2018 to Date of Filing |
| 25.3 Pyrolyx Tire Recycling, LLC<br>4150 E. Steelton Ave.<br>Terre Haute, IN 47805 | Own and operated a solid waste recycling facility<br>involving the collection and recycling of waste tires. | 84-2385176 | 07/2019 to Date of Filing |
| 25.4 Pyrolyx Transportation, LLC<br>4150 E. Steelton Ave.<br>Terre Haute, IN 47805 | Lease vehicles to collect and transport waste rubber<br>to the solid waste recycling facility for purposes<br>of being recycled materials for the rubber and<br>plastic industries. | 84-2375712 | 07/2019 to Date of Filing |

26d.1    Terre Haute Savings Bank (Attn: Merriah Moss)
         533 Ohio St.
         PO Box 9629
         Terre Haute, IN 47808

26d.2    SG Credit Partners (Attn: John Todd)
         318 W. Adams St., Suite 1709
         Chicago, IL 60606

26d.3    UMB Bank (Attn: K. Scott Matthews)
         928 Grand Blvd., 12th floor
         Kansas City, MO 64106

26d.4    Miller Buckfire (Attn: Kenneth A. Buckfire)
         787 Seventh Avenue, 5th Floor
         New York, NY 10019

26d.5    Piper Sandler (formerly Piper Jaffray)
         800 Nicollett Mall
         Minneapolis, MN 55402

# United States Bankruptcy Court
## District of Delaware

In re  **Pyrolyx USA, Inc.** _____  Case No. _____

Debtor(s)                        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pyrolyx USA, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

12/15/2020 _____          */s/ Michael Busenkell* _____

Date                             **Michael Busenkell**
                                 Signature of Attorney or Litigant
                                 Counsel for    **Pyrolyx USA, Inc.**
                                 **Gellert Scali Busenkell & Brown, LLC**
                                 **1201 N. Orange Street**
                                 **Suite 300**
                                 **Wilmington, DE 19801**
                                 **302-425-5812 Fax:302-425-5814**
                                 **mbusenkell@gsbblaw.com**

## United States Bankruptcy Court
### District of Delaware

In re    **Pyrolyx USA, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    12/15/2020

**Andy F. Stecher**/**Chief Financial Officer**
Signer/Title

Corporation Service Company
251 Little Falls Drive,
Wilmington DE 19808


Design Nine, Inc
11166 Tesson Ferry Road
Suite 100
St. Louis, Missouri 63123


EarthCon Consultants, Inc.
1880 W Oak Pkwy
Building 100 Suite 106
Marietta, GA 30062


K&L Gates LLP
Jason L. Richey, Esq.
210 Sixth Avenue
Pittsburgh, PA  15222


Lind Law Firm
400 Ohio St,
Terre Haute, IN 47807


Plante Moran PLC
10 S Riverside Plaza
Chicago, IL 60606


Terre Haute Economic
Development Corp
630 Wabash Avenue,
Suite 101
Terre Haute, IN 47807


The AME Group
6001 E Old Hwy 50
Vincennes, IN 47591

Zeppelin System USA
11050 W Little York Rd
Building D, Houston, TX 77041


Anthem Blue Cross Blue Shield
Anthem Blue Cross and Blue Shield
P.O. Box 105557
Atlanta, GA 30348

Zachry Engineering
527 Logwood Ave.
San Antonio TX 78221


S&P Global Platts
55 Water St.
37th floor
New York, NY 10041


Principal Life insurance
711 High St.
Des Moines, IA 50392


Sysco Impact Software
959 South Coast Drive
Suite 100
Costa Mesa, California, 92626


BDO
5300 Patterson Ave S.E.,
Suite 100,
Grand Rapids, MI 49512


Russel Reynolds Associates
999 Peachtree St. NE Suite 2700
Atlanta, GA 30309


Hanover Insurance Group
PO Box 580045
Charlotte, NC 28258-0045

McDonald Hopkins
300 N LaSalle Dr #1400
Chicago, IL 60654


RPSCO Pty, Ltd.
Level 12, 131 Macquarie Street
SYDNEY, NSW 2000
AUSTRALIA


TSAL, Pty, Ltd.
Level 19, Aurora Place
88 Phillip S.
SYDNEY, NSW 2000
AUSTRALIA


Iroquois Federal Savings and
Loan Association
619 North Gilbert Street
P.O. Box 1277
Danville, IL 61834


UMB Bank, N.A., as trustee
120 S. 6th Street
Suite 1400
Minneapolis, MN 55402


Core Business Solutions
208 S. 4th Street, Ste. 7
P.O. Box 631
Lewisburg, PA 17837


Syspro Impact Software
959 South Coast Drive
Suite 100
Costa Mesa, CA 92626


The AME Group
6001 E. Old Highway 50
Vincenees, IN 47591

Vectren Energy Delivery of Indiana, Inc.
Office of the General Counsel
One Vectren Square
Evansville, IN 47708